MANLEY J. WILLIAMS, ET AL. v. J. EMORY JOINES, ET AL.

(Filed 19 October, 1949.)

APPEAL by plaintiffs from *Coggin, Special Judge,* at June Term, 1949, of WATAUGA.

Civil action by grantors to enforce resale and reconveyance of land pursuant to alleged stipulation in deed poll.

Upon issues joined, the jury found that the clause of repurchase was surreptitiously inserted in the deed by the plaintiffs with intent to defraud the defendant, J. Emory Joines.

Judgment on the verdict for defendants. Plaintiffs appeal, assigning errors.

*Bowie & Bowie and Higgins & McMichael for plaintiffs, appellants.*
*Trivette, Holshouser & Mitchell for defendants, appellees.*

PER CURIAM. It appears that the case has been tried in accordance with our former opinion, *Williams v. Joines,* 228 N.C. 141, 44 S.E. 2d 738, and no exception is presented which requires a disturbance of the verdict and judgment. Hence, they will be upheld.

No error.

---

THE FOLLOWING CASES WERE DISPOSED OF WITHOUT WRITTEN OPINIONS:

*S. v. Hardison.* Appeal by defendant from *Williams, J.,* April Term, 1949, of CRAVEN. Affirmed without written opinion 11 October, 1949.

*S. ex rel. Barlow and Moore v. Benfield.* Appeal by defendant from *Sharp, Special Judge,* August Term, 1949, of CALDWELL. Appeal dismissed 12 October, 1949, for want of brief of appellant.

*Harris v. Mooresville-Co-operative Creamery, Inc.* Appeal by plaintiff from *Armstrong, J.,* in Chambers at Charlotte 19 July, 1949. Appeal dismissed 19 October, 1949, for want of merit.